■ BRUNILDA TERBACI et al., Appellants, v DARRYL GRIFFIN, Respondent. [789 NYS2d 425]—Order, Supreme Court, Bronx County (Alan J. Saks, J.), entered December 11, 2003, which granted defendant's motion for summary judgment dismissing the complaint for lack of a serious injury within the meaning of Insurance Law § 5102 (d), unanimously affirmed, without costs.

The record supports the court's finding that plaintiff did not sustain a serious injury within the meaning of the statute. Concur—Tom, J.P., Andrias, Ellerin, Gonzalez and Catterson, JJ.

■ In the Matter of KIRK V., a Child Alleged to be Neglected. PROVIDENCIA V. et al., Respondents; COMMISSIONER OF THE ADMINISTRATION FOR CHILDREN'S SERVICES, Appellant. [789 NYS2d 426]—Appeal from order, Family Court, New York County (Jody Adams, J.), entered on or about July 8, 2003, which, in a child protective proceeding alleging neglect, granted respondent mother's motion pursuant to Family Court Act § 1051 (c), joined in by respondent father and the child's law guardian, to dismiss the petition, unanimously dismissed, without costs.

A change in circumstances has removed the underlying basis for the petition and rendered the appeal moot (*see Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714 [1980]). Concur—Tom, J.P., Andrias, Ellerin, Gonzalez and Catterson, JJ.